Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−28476−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pradeep Kumar
   9 Abbington Lane
   Princeton junction, NJ 08550

Social Security No.:
   xxx−xx−3081

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/20/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 21, 2018
JAN: bwj

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                         Case No. 16-28476-CMG
Pradeep Kumar                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jun 21, 2018
                              Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
```
db             +Pradeep Kumar,    9 Abbington Lane,    Princeton junction, NJ 08550-2829
cr             +CIT Bank, N.A.,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
cr             +CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWes,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr             +CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWes,    PO Box 9013,    Addison, TX 75001-9013
516535981      +CIT Bank, N.A., fka OneWest Bank, N.A.,,   fka OneWest Bank, FSB,    PO BOX 9013,
                 ADDISON, TEXAS 75001-9013
516416458      +Greentree Mortgage,    2 Eastwick Drive,    Suite 300,    Gibbsboro, NJ 08026-1225
516416460      +McCabe Weisberg Conway PC,    216 Haddon Avenue,    Suite 201,    Collingswood, NJ 08108-2818
516416461      +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245
516416462      +OneWest Bank Mortgage Servicing,    888 East Walnut Street,    Pasadena, CA 91101-1895
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2018 00:30:26      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2018 00:30:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516612831       EDI: RESURGENT.COM Jun 22 2018 03:58:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516416453       EDI: BANKAMER.COM Jun 22 2018 03:58:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886
516545276       EDI: BANKAMER.COM Jun 22 2018 03:58:00      Bank of America, N.A.,    PO BOX 31785,
                 Tampa, FL 33631-3785
516416454      +EDI: CHASE.COM Jun 22 2018 03:58:00      Chase Bank USA,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
516416455      +EDI: CITICORP.COM Jun 22 2018 03:58:00      Citi Cards CBNA,    P.O. Box 6241,
                 Sioux Falls, SD 57117-6241
516416456       EDI: DISCOVER.COM Jun 22 2018 03:58:00      Discover Financial SVC LLC,    P.O. Box 15316,
                 Wilmington, DE 19850
516429299       EDI: DISCOVER.COM Jun 22 2018 03:58:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
516450977       EDI: IRS.COM Jun 22 2018 03:58:00      IRS,   POB 7346,    Philadelphia, PA  19101-7346
516427481       EDI: RMSC.COM Jun 22 2018 03:58:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516416463      +EDI: VERIZONCOMB.COM Jun 22 2018 03:58:00      Verizon Wireless,    P.O. Box 26055,
                 Minneapolis, MN 55426-0055
516416457      +EDI: ECAST.COM Jun 22 2018 03:58:00      eCast Settlement Corporation,    P.O. Box 29262,
                 New York, NY 10087-9262
                                                                                             TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +OneWest Bank Mortgage Servicing,    888 East Walnut Street,    Pasadena, CA 91101-1895
516416459*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    P.O Box 970011,    Saint Louis, MO 63197)
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3                User: admin                    Page 2 of 2                    Date Rcvd: Jun 21, 2018
                                    Form ID: 148                   Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:

```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    CIT Bank, N.A. NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka
               OneWest Bank, FSB NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Gavin N. Stewart    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB BKNJ@buckleymadole.com
              George E Veitengruber, III    on behalf of Debtor Pradeep   Kumar Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              Melissa S DiCerbo    on behalf of Creditor    CIT Bank, N.A. nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One
               West Bank, FSB rsolarz@kmllawgroup.com
                                                                                                       TOTAL: 10
```